**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **Lacuya Lynn Nita Weathers,** | : | |
| | : | **Case No. 2:25-cv-01402** |
| **Plaintiff,** | : | |
| **v.** | : | **Judge Graham** |
| | : | |
| **Kimberly Dent,** *et al.*, | : | **Magistrate Judge Shimeall** |
| | : | |
| **Defendants.** | : | |

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations ("R&R") of United States Magistrate Judge Shimeall (doc. 11), recommending that this matter be dismissed due to the plaintiff's failure to prosecute. As recited in the R&R, Plaintiff Lacuya Lynn Nita Weathers failed to respond to the defendants' motions to dismiss (doc. 4, doc. 7) and likewise failed to respond to the Court's order to show cause. Doc. 9. No objections have been filed, and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Finding no clear error in the R&R, the Court hereby **ADOPTS** the same.

Accordingly, it is hereby **ORDERED** that the Complaint be **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: April 14, 2026